# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RICKY JAMES NOVAK,

    Petitioner,

v.

COUNTER LAWSUITS AGAINST ANY CASES IN WISCONSIN THAT HAVE WON CASES AGAINST THE CATHOLIC PRIESTHOOD FOR ANY TYPES OF SEXUAL MISCONDUCT,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 3:08-cv-0067-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

**/s/ S. Vogel**                                                           2/12/08
_____     _____
**by Deputy Clerk**                                                          **Date**